# Court of Appeals
# of the State of Georgia

ATLANTA,　October 06, 2015

*The Court of Appeals hereby passes the following order:*

**A16I0024.  CORRIE D. NORMAN v. THE STATE.**

Corrie D. Norman, who is charged with multiple offenses including playing music too loud from a car, OCGA § 40-6-14 (a), seeks interlocutory review of the trial court's order denying his amended motion to suppress.  Before the trial court, Norman argued that Elbert County's enforcement and application of OCGA § 40-6-14 (a) was racially motivated and violated his constitutional equal protection rights.[1] The trial court rejected Norman's argument but certified its ruling for immediate review.  Norman then filed this application for interlocutory appeal.

The Supreme Court "has exclusive jurisdiction over all cases involving construction of the Constitution of the State of Georgia and of the United States and all cases in which the constitutionality of a law, ordinance, or constitutional provision has been called into question." *Atlanta Independent School System v. Lane*, 266 Ga. 657 (1) (469 SE2d 22) (1996); Ga. Const. of 1983, Art. VI, Sec. VI, Para. II.  Because Norman's motion called into question the constitutionality of OCGA § 40-6-14 (a), and the trial court specifically rejected his constitutionality argument, it appears that jurisdiction may lie in the Supreme Court.  As the Supreme Court has the ultimate responsibility for determining appellate jurisdiction, see *Saxton v. Coastal Dialysis & Med. Clinic*, 267 Ga. 177, 178 (476 SE2d 587) (1996), this application is hereby

---

[1] Norman asserts that he also argued, in his first motion to suppress, that the statute was overbroad and violated his rights to freedom of speech.  He has not, however, included a copy of that motion or the trial court's ruling with his application materials.

TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,*___10/06/2015___

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*